

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BROOKLYN OFFICE

ELIOT SPITZER
Attorney General

(212) 416-8576

RICHARD RIFKIN
Deputy Attorney General
State Counsel Division

JAMES B. HENLY
Assistant Attorney
General in Charge
Litigation Bureau

September 15, 2005

By Hand
Honorable John Gleeson
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201



Re: <u>Antwan Gathers v. NYS Parole Commission</u>,
04 cv 5454 (JG)(LB)

Dear Judge Gleeson:

We are enclosing an original and one copy of the following papers: proposed order; notice to take deposition; declaration in support of application. If the proposed order meets with the Court's approval, please return an executed copy by way of the enclosed stamped return envelope.

By copy of this letter, a copy of the enclosed papers has been sent to plaintiff by regular mail.

Respectfully submitted,

Kimberly Ann Dasse,
Assistant Attorney General

The matter is referred to Judge Bloom

So ordered

s/John Gleeson
USDJ
9/27/05

encls. a/s
cc. w/encls. a/s Antwan Gathers (by regular mail)