UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTWAN GATHERS,

                   Plaintiff,

-against-

DEBORAH WHITE, ET AL.,

                 Defendants.
------------------------------------------------------------X

JUDGMENT
04-CV- 5454 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 1 2 2007 ★

**BROOKLYN OFFICE**

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on February 8, 2007, granting summary judgment for the defendants; and dismissing the case in its entirety; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that summary judgment is granted for the defendants; and that the case is dismissed in its entirety.

Dated: Brooklyn, New York
        February 09, 2007

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court